IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOYCE McACHREN, | ) | |
| | ) | Civil Action No. 02-285 Erie |
| Plaintiff, | ) | |
| | ) | Judge Cohill |
| vs. | ) | |
| | ) | |
| ST. VINCENT HEALTH CENTER, | ) | ELECTRONICALLY FILED |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Steven I. Farbman and the law firm of Jackson Lewis LLP on behalf of St. Vincent Health Center, Defendant in the above-captioned matter.

Respectfully submitted,

JACKSON LEWIS LLP


By: _____s/Steven I. Farbman_____
Martin J. Saunders
PA ID #19940
saunderm@jacksonlewis.com
Steven I. Farbman
PA ID #76620
farbmans@jacksonlewis.com
28th Floor, One PPG Place
Pittsburgh, PA  15222
(412) 232-0404
*COUNSEL FOR DEFENDANT*
Dated: July 27, 2005                               *SAINT VINCENT HEALTH CENTER*